# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
      **Plaintiff,**

    v.                                            Case No. 13-CR-120

**PAUL CASE**
      **Defendant.**

---

## SCHEDULING ORDER

**IT IS ORDERED** that defendant's motion to adjourn the trial (R. 16) is **GRANTED**. The **FINAL PRE-TRIAL** set for September 6, 2013, and the **TRIAL** set for September 16, 2013, are adjourned, and the matter is scheduled for **STATUS** on <u>**Friday, November 8, 2013, at 10:30 a.m.**</u> The court finds that the ends of justice served by so continuing the matter outweigh the best interest of the defendant and the public in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin, this 26th day of August, 2013.

                                          /s Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge