UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2013 NOV -5 P 4: 46
JON A. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 13-CR-120
[18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B)]

PAUL D. CASE,

    Defendant.

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. On or about November 24, 2012, in the State and Eastern District of Wisconsin, the defendant,

### PAUL D. CASE

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce; that had been mailed, shipped, and transported in and affecting interstate and foreign commerce; and which contained material which had been mailed, shipped, and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography distributed by the defendant included videos identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| ...teniendo sexo.avi | A 29 minute, 23 second video that includes compilations of several videos depicting numerous prepubescent minor girls in various sexually explicit acts, including one involving a prepubescent minor girl lying on a bed yelling "no" while an adult male ejaculates on her; another involving a nude adolescent minor girl tied to a bench with the camera focusing on her vagina; and another depicting a prepubescent minor girl being penetrated in her vagina by an adult male's penis. |
| ...no name 40.mpg | A 33 second video depicting an adult male penetrating his penis into an adolescent child's anus. |
| ...fondo-excelente.wmv | A 5 minute video depicting an adolescent minor girl performing oral sex on an adult male and later depicting the adolescent minor girl being penetrated in her vagina by the adult male's penis; the minor girl appears to wince in pain. |

All in violation of Title 18, United States Code, Section 2252(a)(2).

2

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

3. On or about March 31, 2013, in the State and Eastern District of Wisconsin, the defendant,

## PAUL D. CASE

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United Sates Code, Section 2256(8), that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and affecting interstate and foreign commerce; and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

4. The child pornography possessed by the defendant included videos identified by the following partial file names:

| Partial File Name | Description |
| --- | --- |
| ...882457600.avi | A 21 minute, 24 second video depicting, among other things, a naked prepubescent minor girl with a naked adult male; the adult male rubs his erect penis against the minor girl's vagina. |
| ...428478976.avi | A 4 minute, 6 second video depicting, among other things, an adult male performing penis to anus intercourse with a minor boy. |
| ...95593216.avi | A 16 minute, 41 second video depicting, among other things, a prepubescent minor girl having oral and penis to vagina sexual intercourse with an adult male, and later the adult male inserting an object into the minor girl's anus. |
| ...91914752.avi | An 11 minute, 31 second video depicting, among other things, an adult male performing penis to vagina sexual intercourse with a prepubescent minor female. |
| ...83934208.avi | A video depicting, among other things, a minor girl masturbating and later performing oral and penis to vagina sexual intercourse with an adult male. |
| ...75672832.avi | A 20 minute, 6 second video depicting, among other things, a prepubescent minor girl performing oral fellatio on a dog; and later the prepubescent minor girl performing oral fellatio on an adult male while her arms and legs are bound by rope. |

| Partial File Name | Description |
| --- | --- |
| ...2963788.avi | An 8 minute, 39 second video depicting, among other things, an adult male performing penis to vagina sexual intercourse with a prepubescent minor girl. |

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE NOTICE

5. Upon conviction of one or both of the offenses in violation of Title 18, United States Code, Section 2252, set forth in Counts One and Two of this indictment, the defendant, Paul D. Case, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

    a. any visual depiction described in section 2252 of this chapter, and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

6. The property to be forfeited includes, but is not limited to: a Dell Inspiron mini 1012, serial number FT0J4L1, containing: Samsung, 160GB HD, model number HM160HI, serial number S14QJD0SC57127.

7. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

Case 2:13-cr-00120-LA-WEC    Filed 11/05/13    Page 5 of 6    Document 19

A TRUE BILL:

FOREPERSON

Dated: 11/5/2013

*signature*
JAMES L. SANTELLE
United States Attorney