# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No. 13-CR-120

PAUL D. CASE,

        Defendant.

---

### AFFIDAVIT OF KERRY KOLECHECK

---

I, Kerry Kolecheck, being duly sworn on oath hereby state as follows:

1. I am an ITS Forensic Examiner with the Federal Bureau of Investigation located in Milwaukee, Wisconsin.

2. I have reviewed Paragraph 4 of the "Amended Motion to Suppress" filed in the above referenced matter which reads "Agent K. Kolecheck admitted to Case's computer forensic expert that RoundUp ran unattended during the time which encompasses Count One of the Indictment."

3. While I did speak with Case's computer forensic expert when he was recently at the FBI office to review evidence in the case, I did not make any statements to him regarding the investigation of Paul Case that "RoundUp ran unattended."

Dated at Milwaukee, Wisconsin, this _15_ day of November, 2012

                                                                      _Kerry Kolecheck_
                                                                      Kerry Kolecheck

Sworn to and subscribed before me
this _15_ day of November 2013.

_Linda Kelly_
Notary Public, State of Wisconsin
My Commission _Nov. 15, 2013_